IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PAUL LI, § | |
|     Plaintiff § | |
| § | |
| v. § | CIVIL ACTION NO. 4:15-cv-02207 |
| § | |
| GENERAL INSURANCE COMPANY § | |
| OF AMERICA, § | |
|     Defendant § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiff Paul Li ("Plaintiff") and Defendant General Insurance Company of America ("Defendant") and file this Joint Motion to Dismiss with Prejudice, and for cause would show the Court the following:

### I.

Plaintiff and Defendant request that Plaintiff's claims against Defendant in this lawsuit be dismissed because the parties have compromised and settled their differences.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Paul Li and Defendant General Insurance Company of America request that Plaintiff's claims against Defendant in the above-referenced cause be dismissed with prejudice to refile same, that all costs be assessed against the party incurring same, and for all other relief to which the parties have shown themselves justly entitled.

Respectfully submitted,

**THE CRIM LAW FIRM, P.C.**
4900 Travis Street
Houston, Texas 77002
Telephone: (713) 807-7800
Facsimile: (713) 807-8434

By: _____
Wade D. Moriarty
State Bar No. 00789503
Email: Wade@thecrimlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

**HANNA & PLAUT, L.L.P.**
211 East Seventh Street, Suite 600
Austin, Texas 78701
Telephone: (512) 472-7700
Facsimile: (512) 472-0205

By: _____
Catherine L. Hanna
State Bar No. 08918280
Email: channa@hannaplaut.com
Laura D. Tubbs
State Bar No. 24052792
Email: ltubbs@hannaplaut.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded via e-service and/or facsimile on this _____14th_____ day of __February__, 201_7_ to:

***Via Facsimile (713) 807-8434***
Wade D. Moriarty
The Crim Law Firm, P.C.
4900 Travis Street
Houston, Texas 77002
*Attorneys for Plaintiff*

_____
Laura D. Tubbs