United States District Court
Southern District of Texas
**ENTERED**
February 15, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PAUL LI, §<br>    Plaintiff § <br>§<br>v.  §<br>§<br>GENERAL INSURANCE COMPANY §<br>OF AMERICA, §<br>    Defendant § | CIVIL ACTION NO. 4:15-cv-02207 |

## AGREED ORDER OF DISMISSAL

On this day came on for consideration the parties' Joint Motion to Dismiss with Prejudice and this Court, having considered said motion, is of the opinion that it should be in all things GRANTED.

It is accordingly ORDERED that the Agreed Motion to Dismiss with prejudice is GRANTED; and it is further

ORDERED that all claims and causes of action of Plaintiff Paul Li against Defendant General Insurance Company of America are hereby dismissed with prejudice; and it is further

ORDERED that Court costs shall be taxed against the party incurring same.

SIGNED this  15th  day of  Feb , 2017.

_____
PRESIDING JUDGE